IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DORIS L. STEWART, | : |
| | : |
| Plaintiff, | : CASE NO.: 2:16-cv-01213-GCS-KAJ |
| | : |
| v. | : JUDGE GEORGE C. SMITH |
| | : |
| JAMES N. MATTIS, SECRETARY, | : MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| DEPARTMENT OF DEFENSE, | : |
| UNITED STATES OF AMERICA, | : |
| | : |
| Defendant. | : |

**JOINT MOTION FOR MODIFICATION OF THE PRELIMINARY PRETRIAL ORDER**

The parties hereby move the Court for modification of the Preliminary Pretrial Order (ECF No. 10), specifically to permit the parties to complete discovery no later than January 5, 2018, and to file case-dispositive motions no later than February 9, 2018. These extensions of the original pretrial schedule are necessary to allow Plaintiff to respond to Defendant's timely written discovery requests and for the parties to thereafter engage in the deposition phase of discovery such that any appropriate case-dispositive motion may be filed before trial. This action has not yet been scheduled for trial and/or subject to a final pretrial order, therefore the requested extensions do not interfere with a trial date.

Respectfully submitted,

BENJAMIN C. GLASSMAN,
UNITED STATES ATTORNEY

| | |
|---|---|
| s/Christopher R. Yates | s/Grant A. Wolfe |
| CHRISTOPHER R. YATES (0064776) | GRANT A. WOLFE (0015309) |
| Assistant United States Attorney | Of Counsel To Rinehart, Rishel & Cuckler, Ltd. |
| 303 Marconi Boulevard, Suite 200 | 300 East Broad Street, Suite 450 |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| Telephone: (614) 469-5715 | Telephone: (614) 221-2330 |
| christopher.yates@usdoj.gov | gwolfe19@ameritech.net |
| *Counsel for Defendant* | *Counsel for Plaintiff* |